The situation will be that the rights of the debtor as lessee will have been transferred from him by the judicial sale, the confirmation of which was urgently sought by the lessors; but those rights will have been surrendered and terminated by the purchaser and thus extinguished.

On the appeal from the order of confirmation, Appeal No. F–217–68, the order is affirmed; on the appeal from the order directing an assignment of the lease and specifying the obligations of the purchaser, Appeal No. W–18–69, the order is reversed.

HILL, C. J., MILLIKEN, NEIKIRK, OSBORNE, PALMORE and REED, JJ. concur.

STEINFELD, J., did not sit.

Daniel W. Davies, Newport, Irwin Katzman, Cincinnati, Ohio, for appellee Ontario Store of Cincinnati, Ohio, Inc.

CLAY, Commissioner.

These consolidated appeals involve a large number of indictments against the two appellees for violation of the Sunday Closing Law (KRS 436.160), which were dismissed by the circuit court. The identical issue raised on this appeal between the same parties was decided adversely to appellees in Commonwealth v. Rink's Department Stores, Inc., Ky., 444 S.W.2d 544 (1969), and similar judgments were reversed.

The judgments in these cases are reversed, with directions that the indictments be reinstated.

All concur.

**COMMONWEALTH of Kentucky, Appellant,**

**v.**

**RINK'S DEPARTMENT STORES, INC., Appellee.**

**COMMONWEALTH of Kentucky, Appellant,**

**v.**

**ONTARIO STORE OF CINCINNATI, OHIO, INC., Appellee.**

Court of Appeals of Kentucky.

May 1, 1970.

John B. Breckinridge, Atty. Gen., Frankfort, H. M. McTyeire, Asst. Atty. Gen., Frankfort, for appellant.

Morris Weintraub, Newport, for appellee Rink's Department Stores.

**Charles PERRY, by and through his Administratrix, his wife, Carol Perry, Appellant,**

**v.**

**Allen BAKER, Appellee.**

Court of Appeals of Kentucky.

May 1, 1970.